**Dismissed and Opinion Filed May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01500-CV

### IN RE JHW LEASING, LTD., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Evans
Opinion by Justice Bridges

By letter dated May 18, 2015, the parties in this mandamus proceeding jointly advised the Court that the dispute underlying the petition for writ of mandamus has been settled. As a result, the petition for writ of mandamus is now moot. *See In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (controversy is justiciable, if real controversy exists between parties that will be actually resolved by judicial relief sought). Accordingly, we dismiss the petition for lack of jurisdiction.

141500F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE